**PROB 22**

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
CR-89-00206-2  1:89-cr-206 LJO

**DOCKET NUMBER** *(Rec. Court)*
0971 5:09

FILED
FEB 19 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**NAME AND ADDRESS OF SUPERVISED RELEASEE**

Rodney S. Arrieta

LODGED
JAN 09 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| DISTRICT | DIVISION |
|---|---|
| Eastern District of California | Southern Division |

**NAME OF SENTENCING JUDGE**

Robert E. Coyle

| DATES OF SUPERVISED RELEASE: | FROM 6/23/2007 | TO 6/22/2012 |
|---|---|---|

**OFFENSE**   18 USC 2113(a)(d) and 2: Aiding and Abetting Armed Bank Robbery
18 USC 2113(a) and 2: Aiding and Abetting Savings and Loan Robbery

## PART 1 - ORDER TRANSFERRING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_1-12-09_
Date

_[signature]_
United States District Judge

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

**IT IS HEREBY ORDERED** that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_1-20-09_
Effective Date

_[signature]_
United States District Judge

CC:   United States Attorney
FLU Unit-United States Attorney's Office
Fiscal Clerk-Clerk's Office

Rev. 11/2006
TRANSFER OF JURIS (PROB22).MRG

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## United States Probation Office

### INTEROFFICE MEMORANDUM

**TO:**      District Court Clerk's Office

**FROM:**   MARCI BROWN, Supervising Probation Clerk

**DATE:**    February 18, 2009

**SUBJECT:   TRANSFER OF JURISDICTION - RODNEY S. ARRIETA**

Find attached the transfer of jurisdiction form for Arrieta, where transfer has been accepted by the Northern District of California.

MB
Attachment
(x5704)

Rev.09/2000
MEMO-INT.MRG